UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEXANDER CEPERO,

    Plaintiff,

v.                                                                 Case No. _____

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.

_____

## COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff, ALEXANDER CEPERO, sues RECEIVABLES PERFORMANCE MANAGEMENT, LLC, ("RPM") and alleges as follows:

### Introduction

    1.    This is an action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA").

### Jurisdiction, Venue and Parties

    2.    This Court has original jurisdiction over Plaintiff's claim arising under the FDCPA pursuant to 28 U.S.C. § 1331.

    3.    This Court has supplemental jurisdiction over Plaintiff's state law claims, as they arise from a common nucleus of operative fact, and form part of the same case or controversy. 28 U.S.C. § 1367.

1

4. Personal jurisdiction exists over Defendant as it has the necessary minimum contacts with the State of Florida, this suit arises out of Defendant's specific conduct with Plaintiff in Florida, and Plaintiff was injured in Florida.

5. Venue is appropriate in the United States District Court for the Southern District of Florida, Miami Division, pursuant to 28 U.S.C. § 1391, as the events giving rise to Plaintiff's claims occurred in Miami-Dade County, Florida.

6. Plaintiff is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

7. Plaintiff is a "consumer" as defined by Florida Statue § 559.55(8).

8. Defendant is a "debt collector" as defined in 15 U.S.C. § 1692a(6) and Florida Statutes § 559.55(7).

9. The debt that is the subject matter of this Complaint is a "debt" as defined by 15 U.S.C. § 1692a(5) and Florida Statute § 559.55(6).

10. All conditions precedent to the filing of this action have been performed.

## General Allegations

11. In or around May 2020, Plaintiff found out through an alert on his credit monitoring app that an account with Sprint had been opened in his name.

12. In or around May 2020, on the same day that Plaintiff got an alert about a Sprint account being opened on his credit report, Plaintiff called Sprint and disputed the account stating that he did not open any account, and that the account was fraudulent.

13. In or around May 2020, on the same day that Plaintiff got an alert about a Sprint account being opened on his credit report, Plaintiff called the credit reporting agency, Experian, and disputed the account over the phone.

14. On August 14, 2020, Plaintiff filed a complaint with the Better Business Bureau stating that an account had been opened in his name with Sprint, which he did not open nor authorize anyone else to open on his behalf.

15. On September 19, 2020, Plaintiff mailed letters to the credit reporting agencies Experian and Trans Union regarding the fraudulent account.

16. On October 12, 2020, Plaintiff filed an Identity Theft Complaint with the Federal Trade Commission, FTC Report Number 124176336.

> **What Happened**
>
> On May 3rd, 2020 Sprint Mobile initiated a hard credit pull on my credit which initiated me to contact them. The initial team I spoke did not see anything regarding a new line and stated they would research and call be back. Never happened. This was fraud and identity theft. I also reported the issue with Experian the following day and they removed the hard pull inquiry from my credit report. I later receive a letter from Sprint stating I owe $3,450.00. I explain I have had my identity stolen and they tell me to complete an affidavit through their fraud dept which I do and that gets denied 3 times on the basis that all my information matches from SSN to address, they state it was delivered to my home (which it was not) and a payment was made to the installment loan. I explain on several occassions throughout several weeks that it is fraud and identity theft and ask for proof of where the payments came from and the signature and tracking information for said devices. Nothing was provided. I was bounced around several depts ( Office of the President & Executive Office) to name a few and was told what the fraud team found is final. I attempted to explain how absurd it is to forcefully send me a bill for something that I am not aware of ordering or even paying for since none of banking or credit cards were ever charged as they stated. I could not even file a police report because the police requested a letter from Sprint stating the account was not mine. The account in question with Sprint was sent to collections and has affected my credit report and greatly. I finally found no option but to retain an attorney on the matter.

18. On October 13, 2020, Plaintiff received dispute results from Experian which stated that the account had been removed from his credit file.

19. On October 26, 2020, Plaintiff obtained his Trans Union credit report.

20. Although he never received dispute results from Trans Union, Plaintiff's October 26, 2020 Trans Union credit report did not contain the fraudulent account.

21. In October 2020, having received updated credit files from both Experian and Trans Union, Plaintiff was under the impression that the whole ordeal regarding the fraudulent account was finally resolved.

22. Later, Plaintiff received a letter from Defendant RPM dated January 10, 2021. A copy of the letter is attached as "EXHIBIT 1."

23. The Collection Letter is a communication from RPM to Plaintiff in connection with the collection of a debt for the fraudulent Sprint account.

24. The letter stated, in pertinent part,

> Your account has been listed with Receivables Performance Management. If you have any questions or need assistance, please call TOLL FREE 877.250.3629.
>
> Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you so request in writing within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.
>
> In the event that your payment is by check, we may present your check electronically. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by other means.
>
> **This communication is from a debt collector. The purpose of this notice is to collect a debt. Any information obtained will be used for that purpose.**

25. Following the instructions in the January 10, 2021 letter from RPM, Plaintiff mailed a letter to RPM dated January 21, 2021, requesting validation of this debt. Plaintiff requested information in the following categories: Why you think I owe the debt and to whom I owe it, the amount and age of the debt, and details about your authority to collect this debt. A copy of this letter is attached as "EXHIBIT 2."

26. Plaintiff received a letter dated February 3, 2021 from RPM. A copy of this letter and its attachments are attached as "EXHIBIT 3."

27. The Collection Letter represents an action to collect a debt by RPM.

28. Attached to its February 3, 2021, validation letter to Plaintiff, the only information that RPM provided was a billing statement from Sprint, dated Oct. 04 – Nov. 03, 2020.

29. On March 10, 2021, Plaintiff received another letter from RPM. A copy of this letter is attached as "EXHIBIT 4."

30. This Collection Letter represents an action to collect a debt by RPM.

31. On March 16, 2021, Plaintiff, through his undersigned counsel, contacted RPM through their General Counsel, Mark T. Case.

32. From March 16, 2021 forward RPM knew or should have reasonably known that Plaintiff was represented by counsel.

33. Despite the knowledge that Plaintiff was represented by counsel, RPM continued to directly communicate with Plaintiff.

34. Plaintiff received a letter from Defendant RPM dated May 9, 2021. A copy of the letter is attached as "EXHIBIT 5."

35. The Collection Letter is a communication from RPM to Plaintiff in connection with the collection of a debt for the fraudulent Sprint account.

36. Despite the credit reporting agencies, through Sprint, previously deciding that Plaintiff did not owe this debt, RPM is still attempting to collect the debt.

37. Plaintiff does not owe the alleged debt.

38. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of emotional stress stemming from having to continue to battle the false allegations regarding the alleged debt. He has been forced to spend time, money and mental energy and to obtain legal counsel.

## COUNT I
### (Violation of the FCCPA)

39. Plaintiff restates and incorporates herein his allegations in paragraphs 1 through 38 as if fully set forth herein.

40. At all times relevant to this action Defendant was subject to and required to abide by the laws of the State of Florida, including Florida Statute § 559.72.

41. Defendant has violated Florida Statute § 559.72(7) by willfully engaging in other conduct which can reasonably be expected to abuse or harass the debtor or any member of his family.

42. Defendant has violated Florida Statute § 559.72(9) by claiming, attempting, or threatening to enforce a debt when such person knows that the debt is not legitimate, or asserting the existence of some other legal right when such person knows that the right does not exist.

43. Defendant has violated Florida Statute § 559.72(18) by communicating with Plaintiff when Defendant knows that Plaintiff is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address.

44. Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute § 559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs,

interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

## COUNT II
### (Violation of the FDCPA)

45. Plaintiff restates and incorporates herein his allegations in paragraphs 1 through 38as if fully set forth herein.

46. At all times relevant to this action Defendant was subject to and required to abide by 15 U.S.C. § 1692 *et seq*.

47. Defendant has violated 15 U.S.C. § 1692e(2)(A) by make a false representation of the character, amount or legal status of any debt.

48. On March 16, 2021, the undersigned counsel placed RPM on notice, through their general counsel, that he was representing Plaintiff.

49. Defendant has violated 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff in connection with the collection of a debt when Defendant knows that Plaintiff is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

7

Respectfully submitted,

*s/ Joshua R. Kersey*_____
Joshua R. Kersey
Florida Bar No. 87578
MORGAN & MORGAN, PA
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 225-6734
Fax:    (813) 222-2490
jkersey@forthepeople.com
awynne@forthepeople.com

Attorney for Plaintiff

# RPM
*Receivables Performance Management LLC*

20818 44TH AVE W, SUITE 140
Lynnwood, WA 98036

You can now pay online at: www.rpmpayments.com

**Account Information**

| | |
|---|---|
| Date: | 01-10-21 |
| Reference Number: | [REDACTED] |
| Creditor: | T-Mobile, as successor in interest to Sprint |
| Creditor Account: | [REDACTED] |
| Original Creditor: | Sprint |
| Total Due: | $3450.72 |

Dear Alexander Cepero,

Your account has been listed with Receivables Performance Management. If you have any questions or need assistance, please call TOLL FREE 877.250.3629.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you so request in writing within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

In the event that your payment is by check, we may present your check electronically. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by other means.

**This communication is from a debt collector. The purpose of this notice is to collect a debt. Any information obtained will be used for that purpose.**

You may qualify for a settlement, please call 877.250.3629.

**PAYMENT OPTIONS**



**(1) Single Payment Option:**

➢ Pay $3450.72.

➢ Your account will be considered **"Paid in Full"** after we post your payment.

**(2) Financial Hardship Plan:**

➢ Contact one of our Professional Representatives to qualify for our various payment options.

**EXHIBIT 2**

Alexander Cepero


January 21, 2021

**VIA CERTIFIED MAIL**
Receivable Performance Management LLC
20818 44th Avenue West
Suite 140
Lynnwood, WA 98036

    Re:  Collection of Alleged Debt

Receivable Performance Management:

    I am responding to your contact about a debt you are trying to collect. You contacted me by mail on January 10, 2021 and identified the debt with the following information:
- Reference Number:
- Creditor: T-Mobile, as successor in interest to Sprint
- Creditor Account:
- Original Creditor: Sprint
- Total Due: $3450.72

Please supply the information below so that I can be fully informed:

<u>Why you think I owe the debt and to whom I owe it, including:</u>

- The name and address of the creditor to whom the debt is currently owed, the account number used by that creditor, and the amount owed.

- If this debt started with a different creditor, provide the name and address of the original creditor, the account number used by that creditor, and the amount owed to that creditor at the time it was transferred. When you identify the original creditor, please provide any other name by which I might know them, if that is different from the official name. In addition, tell me when the current creditor obtained the debt and who the current creditor obtained it from.

- Provide verification and documentation that there is a valid basis for claiming that I am required to pay the debt to the current creditor. For example, can you provide a copy of the written agreement that created my original requirement to pay?

- If you are asking that I pay a debt that somebody else is or was required to pay, identify that person. Provide verification and documentation about why this is a debt that I am required to pay.

<u>The amount and age of the debt, including:</u>

- A copy of the last billing statement sent to me by the original creditor.

- State the amount of the debt when you obtained it, and when that was.

- If there have been any additional interest, fees or charges added since the last billing statement from the original creditor, provide an itemization showing the dates and amount of each added amount. In addition, explain how the added interest, fees or other charges are expressly authorized by the agreement creating the debt or are permitted by law.

- If there have been any payments or other reductions since the last billing statement from the original creditor, provide an itemization showing the dates and amount of each of them.

- If there have been any other changes or adjustments since the last billing statement from the original creditor, please provide full verification and documentation of the amount you are trying to collect. Explain how that amount was calculated. In addition, explain how the other changes or adjustments are expressly authorized by the agreement creating the debt or permitted by law.

- Tell me when the creditor claims this debt became due and when it became delinquent.

- Identify the date of the last payment made on this account.

- Have you made a determination that this debt is within the statute of limitations applicable to it? Tell me when you think the statute of limitations expires for this debt, and how you determined that.

<u>Details about your authority to collect this debt:</u>

- I would like more information about your company before I discuss the debt with you. Does your company have a debt collection license from my state? If not, say why not. If so, provide the date of the license, the name on the license, the license number, and the name, address and telephone number of the state agency issuing the license.

- If you are contacting me from a place outside my state, does your company have a debt collection license from that place? If so, provide the date of the license, the name on the license, the license number, and the name, address and telephone number of the state agency issuing the license.

I have asked for this information because I have some questions.  I need to hear from you to make an informed decision about your claim that I owe this money.  I am open to communicating with you for this purpose.  In order to make sure that I am not put at any disadvantage, in the meantime please treat this debt as being in dispute and under discussion between us.

In addition to providing the information requested above, please let me know whether you are prepared to accept less than the balance you are claiming is owed. If so, please tell me in writing your offer with the amount you will accept to fully resolve the account.

Thank you for your cooperation.

                Sincerely,

                Alexander Cepero





Receivables Performance Management, LLC
Po Box 1548
Lynnwood, WA 98046

2/3/2021

CEPERO, ALEXANDER

Client Account #
Current Creditor: 10701 Sprint
Balance Due: $ 3450.72

To Whom It May Concern:

As per your request for validation, please see the enclosed document(s).

This completes our requirement to comply with 15 U.S.C 1692g. If you have further questions you may contact our office. Duplicative disputes and requests for additional information or documentation not subject to the above referenced statute will not be responded to.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Quality Assurance and Compliance
1-866-269-9306
Receivables Performance Management, LLC
PO Box 1548
Lynnwood, WA 98046

**TO ALL CONSUMERS – Notice about Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to represent a check as an electronic fund transfer from your account if your payment is returned unpaid.

**Please be aware of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.**

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov/.

Non-profit credit counseling services may be available in the area. State and federal law require debt collectors to treat you fairly and prohibit debt collectors from making false statements or threats of violence, using obscene or profane language, and making improper communications with third parties, including your employer.

As required by law, you are hereby notified that a negative credit agency report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** The Colorado office of RPM is located at 8690 Wolff Court, Suite 110, Westminster, CO  80031, telephone (303) 920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Massachusetts Residents:** NOTICE OF IMPORTANT RIGHTS. You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.
Hours of Operation: Mon - Fri 7:30 AM to 5:00 PM Pacific time, Sat 7:00 AM to 12:00 PM Pacific time. - Tel: (866) 269-9306

**Minnesota Residents:** This collection agency is licensed by the Minnesota Department of Commerce.

**Nevada Residents:** NOTE: If you pay or agree to pay all or any part of the debt referenced in this letter, your payment or agreement to pay may be construed as your acknowledgment of the debt and that you agree to waive any applicable statute of limitations. Seek legal advice if you have questions concerning your legal right or obligations relating to this debt.

**New York:** Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C.
§ 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.
If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

**New York City Borough Residents:** Department of Consumer Affairs, City of New York, License # 1291891. Please contact Mariela Espinoza at (866) 269-9306  if you have questions.

**North Carolina Residents:** North Carolina Department of Insurance Permit # 3942.

**Tennessee Residents:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.



**Contact Us**
sprint.com/contactus
1-888-211-4727
(*2 from your Sprint Phone)

1 of 3
Account Number:
Bill Period: Oct 04 - Nov 03, 2020

**Total Amount Due**

**$3,450.72**

Unpaid Balance - Pay Immediately          $3,450.72

See page 3 for details

This is a revised version of your final bill. It includes charges that occurred after Oct 04.

## Your new charges remained the same this month

| | |
|---|---|
| November | $0.00 |
| October | $0.00 |
| September | $0.00 |

## Let's talk about this bill:

Your account is past due. Please pay immediately.

Please see the legal disclosures on page 2 and remember **we keep your credit or debit card information on file and charge it if you owe us.**

**Ways to pay your bill:**
Online: www.sprint.com/mysprint
Phone: 1-800-784-2608 (*3 from your Sprint Phone)
Mail: Return the form below with a check payable to "Sprint"
Scan to Pay: See QR code on remittance envelope

The News and Notices Section on page 2 has important information for you to review.

Account Number
Detach and return this remittance form with your payment.
⚠ Past due amount of $3,450.72 due immediately. New charges due by Nov 27.

Amount Due     $3,450.72
Amount Enclosed  $ _____

 PO Box 629023 El Dorado Hills, CA 95762

Presorted
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
Sprint

ALEXANDER CEPERO

PO Box 54977
Los Angeles, CA 90054-0977



2 of 3
Account Number:
Bill Period: Oct 04 - Nov 03, 2020

## SPRINT NEWS AND NOTICES

This section includes updates about your services and equipment including policy and service changes and price increase information.

### International, US Territories & possessions Rates

Int'l long distance, roaming, data and text rates and plans, and inclusion in discounted pricing offers are subject to change from time to time without notice. Visit **sprint.com/international** to check for included destinations and the most up to date voice, text and data rate information.

### Phone Security

Sprint encourages you to set a phone passcode or lock to help prevent unauthorized access. See your phone's user guide for instructions. Also consider downloading a security app for your phone. Report stolen phones to Sprint to protect your account. For more information visit **sprint.com/stolenphone**.

### Software Updates Available

Keep your phone's software current by checking for updates regularly. Log on to **sprint.com** any time to check your alerts or go to **sprint.com/learn** and follow the instructions for your phone. That's getting it done right now.

### Sprint Accessibility

Sprint offers accessible billing formats, a variety of hearing aid compatible handsets, as well as directory assistance support. Please visit **sprint.com/accessibility** for more information or email accessibility@sprint.com.

## IMPORTANT INFORMATION RELATING TO YOUR SPRINT BILL

**Billing, Late Payment and Other Information**
Full call detail is available online. Payments are due as shown on your invoice to avoid service suspension or disconnection. We will assess a late payment charge if your payment is late. Sprint may charge you for any returned checks (up to $40). Certain charges accrued during one billing period may be delayed and appear on a later invoice. **We keep credit and debit card information on file and will charge your cards for all delinquent amounts you owe us. You may incur overdraft fees from your financial institution if applicable. Please see your agreements for more details.**

**Disputes** - You must dispute a charge within 60 days from receiving your invoice or we will consider the charge accepted and due.

**Your privacy** - Protect against unauthorized account access by using a Personal Identification Number (PIN) to identify yourself when calling Care or visiting a retail store. Visit **sprint.com/pin** to establish or change your PIN. Don't use commonly known info like birthdays or SSNs. To access your account online, create a unique UserID/ password. Sprint's Privacy Policy is available at sprint.com.

**Enhanced 911 (E911)** - services provide public safety officials with your location during a 911 call. E911 services are not available everywhere and at all times. E911 availability depends on many factors, including the ability of local public safety agencies to receive and process location information, your equipment's capabilities and other factors impacting service delivery.

**Terms & conditions/service updates** - Sprint's terms and conditions sometimes change and the current version is online and updates are provided in the news and notices section.

**Contact Sprint** - Sprint Customer Service, PO Box 629023, El Dorado Hills, CA 95762 (include name and account number). Do not use payment envelope.

**Surcharges** - Add'l charges imposed by us on a per line basis including federal USF, Administrative and Regulatory charges. Surcharges are not taxes, not required by law and are subject to change.

**Gov't Taxes and Fees** - Sprint is required by law to bill government taxes and fees. They may change without notice.

### Want to save paper?

**EMAIL:** _____

Check the boxes that apply:

[ ] E-Bill - receive your bill by email (you will no longer receive paper bills).

[ ] Receive Sprint updates and special offers via email.

### Protect your Voicemail

Use a passcode to protect against unauthorized access. If you don't use a passcode, anyone who has your handset can access your messages; therefore we strongly recommend you set one up. It's easy - just access your voicemail and follow the prompts.



3 of 3
Account Number:
Bill Period: Oct 04 - Nov 03, 2020

## Last Bill

Previous Total Due     $3,450.72     Previous Charges Due     **$3,450.72**

## Equipment Payment Schedule

**Apple iPhone 11 Pro Max 64 GB Space Gray**

| | |
|---|---|
| Flex Lease Contract | TM-L-185780654 |
| Remaining Lease Commitment | $0.00 |
| Purchase Option Price | $274.87 |
| Payments Remaining | 0 |
| Total Lease Amount Due - Includes unpaid charges & taxes | $1,150.24 |

Sprint owns this device while you are leasing. Cancelling your lease will result in being charged the remaining monthly lease payments plus the device purchase option price. The Lease Charge does not reflect any promotional discounts.

**Apple iPhone 11 Pro Max 64 GB Space Gray**

| | |
|---|---|
| Flex Lease Contract | TM-L-185780660 |
| Remaining Lease Commitment | $0.00 |
| Purchase Option Price | $274.87 |
| Payments Remaining | 0 |
| Total Lease Amount Due - Includes unpaid charges & taxes | $1,150.24 |

Sprint owns this device while you are leasing. Cancelling your lease will result in being charged the remaining monthly lease payments plus the device purchase option price. The Lease Charge does not reflect any promotional discounts.

**Apple iPhone 11 Pro Max 64 GB Gold**

| | |
|---|---|
| Flex Lease Contract | TM-L-185780666 |
| Remaining Lease Commitment | $0.00 |
| Purchase Option Price | $274.87 |
| Payments Remaining | 0 |
| Total Lease Amount Due - Includes unpaid charges & taxes | $1,150.24 |

Sprint owns this device while you are leasing. Cancelling your lease will result in being charged the remaining monthly lease payments plus the device purchase option price. The Lease Charge does not reflect any promotional discounts.




**RPM**
Receivables Performance Management LLC
20818 44TH AVE W, SUITE 140
Lynnwood, WA 98036

You can now pay online at: www.rpmpayments.com

| Account Information | |
|---|---|
| Notice Date: | 05-09-21 |
| Creditor Account#: | |
| Creditor: | T-Mobile, as successor in interest to Sprint |
| Original Creditor: | Sprint |
| Due Date: | 05-27-21 |
| Total Due: | $3450.72 |

### ACT NOW AND SAVE MONEY
### SETTLEMENT OFFER: $1725.36

Dear Cepero, Alexander:

This account will be settled for less than the full original balance if your payment of $1725.36 is received on or before 05-27-21. This represents 50% of the current balance shown above. Payment will cause future collection efforts to cease and a residual balance will remain with T-Mobile, as successor in interest to Sprint. We are not obligated to renew this offer.

Payment of the offered settlement amount will stop collection activity on this matter. We will inform T-Mobile, as successor in interest to Sprint once the payment(s) is/are posted. Payment of the settlement amount will not restore your service with Sprint. If you wish to re-establish service with Sprint at a future date, T-Mobile, as successor in interest to Sprint may require partial or full payment of your remaining balance at that time, according to T-Mobile, as successor in interest to Sprint's credit policy.

Call us toll free at 877.250.3629 between the hours of Mon - Fri 7:30 AM to 5:00 PM Pacific time, Sat 7:00 AM to 12:00 PM Pacific time to arrange payment terms. Otherwise, full payment of the settlement offer can be mailed to us at:

Receivables Performance Management LLC
PO Box 1548
Lynnwood, WA 98046-1548

This communication is from a debt collector. The purpose of this notice is to collect a debt. Any information obtained will be used for that purpose.



**PAYMENT OPTIONS**

**(1) Single Payment Option:**
- Pay $1725.36 no later than 05-27-21.
- Your account will be considered "Settled in Full" after we post your payment.

**(2) Financial Hardship Plan:**
- Contact one of our Professional Representatives to qualify for our various payment options.

### RECEIVABLES PERFORMANCE MANAGEMENT LLC CONTACT INFORMATION

Call Toll-Free 877.250.3629 to discuss payment arrangements. Let us prove how committed we are to working with you!

Pay by mail to:
Receivables Performance Management LLC
PO Box 1548
Lynnwood, WA 98046-1548

You can now pay online at: www.rpmpayments.com

Office Hours: Mon - Fri 7:30 AM to 5:00 PM Pacific time, Sat 7:00 AM to 12:00 PM Pacific time

Please tear off and return lower portion with payment in envelope provided.



Undeliverable Mail Only:
PO Box 2630